JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMADA P. R-H., an Individual, | Case No.: 5:24-05801 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATE: September 23, 2025

                               /s/ Autumn D. Spaeth
                              THE HONORABLE AUTUMN D. SPAETH
                              United States Magistrate Judge